UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM COBB,

                  Petitioner,

    -against-

UNITED STATES OF AMERICA,

                  Respondent.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 0916 (ARR)

        An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 26, 2010, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability will be granted; it is

        ORDERED and ADJUDGED that petitioner take nothing of respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability will be granted.

Dated: Brooklyn, New York
         January 27, 2010

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court